# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-611
_____

EMMANUEL OMOTAYO AKANDE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew J. Chmelir of Jacobson, Chmelir & Ferwenda, Winter Springs, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, for Appellee.